UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:17-CR-41-TAV-CCS-3 |
| ) | |
| RUTH ANN OLIVER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION AND ORDER

This criminal case is before the Court on the defendant's "Motion for Hardship Credit for Hard Time Served" [Doc. 379]. In her motion, defendant asks the Court to grant her two days of credit for one day of time served due to COVID-19 lockdown conditions experienced in the detention facility in Lexington, Kentucky where defendant is housed [*Id.*].

A court generally lacks "the authority to change or modify [a sentence, once imposed,] unless such authority is expressly granted by statute." *United States v. Thompson*, 714 F.3d 946, 948 (6th Cir. 2013) (citing *United States v. Curry*, 606 F.3d 323, 326 (6th Cir. 2010)). Defendant has cited no such statutory authority that would allow the Court to grant the requested relief, nor is the Court aware of any such statutory authority to grant the requested relief. Accordingly, because the Court lacks authority to grant the requested relief, defendant's Motion for Hardship Credit for Hard Time Served" [Doc. 379] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE